JOHN W. HEATH and Others v. SANTA LUCIA COMPANY, S. A., and Others.— Motion denied. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of FREDERICK GEBHARD, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant's points are filed on or before May 10, 1921. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

EDMUND A. FUNKE v. METROPOLITAN DISTRIBUTORS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SIMON GULACK v. ISAAC O. SCHIFF and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SIMON GULACK v. ISAAC O. SCHIFF and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MAYAL REALTY COMPANY, Appellant, v. FLEARM REALTY CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

KAUFHERR & CO., Respondent, v. S. L. VAN NIEROP & CO.'s HANDEL MAATSCHAPPIJ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM M. AVERETT, Respondent, v. BIRDIE AVERETT, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SULTZER & CHAMBRE, INC., Appellant, v. INTERCONTINENTAL CON-STRUCTION CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

FRED B. WARREN, Appellant, v. ASSOCIATED PRODUCERS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE SMITH, Respondent, v. EDGAR G. SMITH, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MORRIS BROAT, an Infant, by ABRAHAM BROAT, His Guardian ad Litem, Respondent, v. COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ABRAHAM PHILLIPS, Respondent, v. KANO REALTY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements; the